SPOON v. STATE.

No. 23188.

Court of Criminal Appeals of Texas.

June 27, 1945.

William Yelderman, of Austin, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for driving while intoxicated an automobile upon a public street in the City of Austin, Texas; punishment assessed at six months' confinement in the county jail.

In the absence of a statement of facts and bills of exception nothing is presented for review.

The judgment is affirmed.

FREEMAN v. STATE.

No. 23184.

Court of Criminal Appeals of Texas.

June 27, 1945.

Ross Hardin, of Fort Worth, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for burglary, punishment being two years in the penitentiary.

In the absence of bills of exception and statement of facts nothing is presented for review.

The judgment is affirmed.